No. 73–5029. WILSON *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Upon representation of the Solicitor General set forth in his memorandum for the United States filed September 8, 1973, judgment vacated and case remanded to the United States District Court for the Northern District of California for reconsideration in light of the position presently asserted by the Government.

No. 73–5007. CONNOLLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari dismissed. *Molinaro* v. *New Jersey*, 396 U. S. 365 (1970).

No. A–228 (73–5213). FAWCETT ET AL. *v.* UNITED STATES C. A. 7th Cir. Application by petitioner Manuel for stay presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–331 (73–392). DALY *v.* UNITED STATES. C. A. 8th Cir. Application for bail presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.